STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
COUNTY OF STEPHENSON

| | | |
|---|---|---|
| ROBERT T. BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | **2020L26** |
| | ) | Case No.: _____ |
| v. | ) | |
| | ) | |
| STEPHENSON COUNTY, an Illinois Local | ) | **JURY DEMAND** |
| Government Entity; | ) | |
| | ) | EFILED |
| Defendants. | ) | STEPHENSON COUNTY, IL |
| | ) | 7/21/2020 4:10 PM |
| | | Nathan Luy |
| | | CLERK OF THE CIRCUIT COURT |

## COMPLAINT

Plaintiff, ROBERT T. BAKER, by and through his attorneys, Reno & Zahm LLP, hereby complains of the Defendants, STEPHENSON COUNTY ("Stephenson County") and states as follows:

### FACTS COMMON TO ALL COUNTS

#### Parties, Jurisdiction and Venue

1.     Plaintiff is an individual residing at 548 N. Walnut Avenue, Freeport, Illinois 61032.

2.     Defendant, Stephenson County, is a body politic and corporate, organized and existing under the laws of the State of Illinois.

3.     The powers of Stephenson County as a body politic and corporate are exercised by a county board.

4.     At all times relevant, Plaintiff has resided in Stephenson County, Illinois.

5.     This Court has jurisdiction over each of the matters complained of in this Complaint.

6.    The Circuit Court of Stephenson County, Illinois, is an appropriate venue for this action pursuant to 735 ILCS 5/2-101, 55 ILCS 5/1-6001, and 820 ILCS 115/11.

## Background

7.    Plaintiff was hired by Stephenson County as the Assistant Director of the County's Emergency Management Agency ("EMA"). Plaintiff's first day of employment was April 10, 2012.

8.    Plaintiff was promoted to Director in October 2014.

9.    Throughout Plaintiff's employment, he earned an hourly wage ranging from $19.00 per hour to $36.20 per hour.

10.    Attached hereto as Exhibit "A" are true and correct copies of Employee Status Reports showing Plaintiff's hourly wage rates during the term of his employment.

11.    Despite being an hourly employee, Plaintiff was always paid for twenty (20) hours of work per week, regardless of the number of hours he actually worked.

12.    Plaintiff often worked more than twenty (20) hours of work per week during the term of his employment.

13.    In total, Stephenson County failed to compensate Plaintiff for approximately 1,169 hours of work, resulting in underpayments of approximately $41,000.

14.    A summary of the uncompensated hours and resulting underpayments is attached hereto and made a part hereof as Exhibit "B".

## Unpaid Overtime

15.    Plaintiff also worked in excess of forty (40) hours during the weeks beginning July 23, 2017; July 30, 2017; March 17, 2019; March 15, 2020; and March 29, 2020, as follows:

    a.    The week beginning July 23, 2017 – 77.75 hours worked;

2

b.   The week beginning July 30, 2017 – 63.75 hours worked;

c.   The week beginning March 17, 2019 – 70.75 hours worked;

d.   The week beginning March 15, 2020 – 61.75 hours worked; and

e.   The week beginning March 29, 2020 – 49.5 hours worked.

16.    Plaintiff was only paid for twenty (20) hours of work for the weeks in which he worked more than forty (40) hours.

17.    Plaintiff was told that he needed to do the work required to get the job done and that he was always on-call in case of an emergency.

**Complaints of Underpayments**

18.    Plaintiff made many complaints regarding his uncompensated hours.

19.    Terrance "Terry" Groves was the EMA Director for Stephenson County when Plaintiff was hired as the EMA Assistant Director.

20.    Plaintiff asked Mr. Groves how to report weeks he worked more than twenty (20) hours.

21.    In response, Mr. Groves told Plaintiff to keep a record of the hours worked and they would be "taken care of" later.

22.    Plaintiff recorded all his time from the start of his employment until his termination.

23.    While Mr. Groves was the Director and Plaintiff was the Assistant Director, Plaintiff provided Mr. Groves with timesheets showing his additional, uncompensated hours.

24.    Once Plaintiff was promoted to Director of EMA, he made the County Chairman and the Public Property and Safety Committee ("PP&S Committee") aware of his uncompensated hours.

25.     PP&S Committee refused to include hours beyond 20 hours per week for the Director of EMA, even though it was clear that the job at times required more the 20 hours per week.

26.     Plaintiff informed the PP&S Committee of the underpayments at many committee meetings.  At more than one of the PP&S Committee meetings, Plaintiff was yelled at by PP&S Committee members for raising the issue of underpayments.

27.     Plaintiff also reported the underpayments in official reports submitted as the EMA Director.  Examples of Supplemental Reports and Monthly Reports reporting unpaid hours are attached hereto and made a part hereof as Exhibit "C".

28.     Plaintiff raised the issue of unpaid wages at committee meetings and board meetings.

29.     Plaintiff also raised the issue of unpaid wages informally with Stephenson County Board members, including William Hadley, the Chairman of the Board.

30.     Despite his many complaints, the County failed and refused to pay Plaintiff for his additional hours.

31.     Plaintiff was entitled to his unpaid wages.

32.     Stephenson County has not timely paid Plaintiff for his unpaid wages.

33.     Plaintiff has demanded payment of the foregoing from Stephenson County, but Stephenson County has failed and refused to comply.

**Termination**

34.     Plaintiff's supervisors and the County Board became annoyed with Plaintiff's numerous and continual complaints about his unpaid wages.

35. In response, Plaintiff was offered an employment contract which would have made him a salaried employee, earning $37,500 per year. This would have resulted in an hourly rate less than Plaintiff was earning at the time ($37,500 / 1,040 hours = $36.05 vs. $36.20), assuming Plaintiff was only required to work twenty (20) hours per week.

36. The proposal of the employment agreement was a scheme to create a pretextual basis for terminating Plaintiff.

37. The true reason for Plaintiff's termination was that he complained about unpaid hours.

38. Stephenson County had never required an employment agreement for Plaintiff.

39. Plaintiff received no complaints about his work performance prior to his termination.

40. Plaintiff was terminated by Stephenson County on June 18, 2020.

41. Stephenson County claims "Mr. Baker's employment was terminated due to lack of contract." Attached hereto as Exhibit "D" is a true and correct copy of Employee Status Report related to Plaintiff's termination.

## COUNT I
### Violation of the Illinois Wage Payment and Collection Act – Non-Payment of Wages
### (Stephenson County)

1.- 41. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 41 of Facts Common To All Counts, as and for paragraphs 1 through 41 of this Count I of his Complaint.

42. Plaintiff was an employee of Stephenson County under the Illinois Wage Payment and Collection Act ("IWPCA") during the term of his employment.

43.     Stephenson County was Plaintiff's employer under the IWPCA during the term of his employment.

44.     Stephenson County's failure to pay Plaintiff his wages when due and owing constitutes a violation of the IWPCA.

45.     Pursuant to 820 ILCS 115/14(a), Plaintiff is entitled to damages of two percent (2%) of the amount of the underpayments for each month following the date of payment during which such underpayments remain unpaid.

46.     Pursuant to 820 ILCS 115/14(a), Plaintiff is entitled to recover his attorney's fees and costs.

WHEREFORE, Plaintiff, ROBERT T. BAKER, respectfully requests that judgment be entered in his favor and against Defendant, STEPHENSON COUNTY, for damages in an amount to be determined at trial, plus statutory damages of 2% per month, costs of suit, attorney's fees, requiring Stephenson County to make contributions to the Illinois Municipal Retirement Fund for all unpaid wages, and for such other and further relief as this Court deems just and equitable.


### COUNT II
### Violation of the Fair Labor Standards Act – Non-Payment of Overtime
### (Stephenson County)

1.- 46. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 41 of Facts Common To All Counts, and paragraphs 42 through 46 of Count I, as and for paragraphs 1 through 46 of this Count II of his Complaint.

47.     Stephenson County was Plaintiff's employer under the Fair Labor Standard Act, 29 U.S.C. § 201, *et seq.* ("FLSA").

48.     Under the FLSA, Plaintiff was entitled to be compensated at a rate of at least one and one-half (1.5) times his normal rate of pay for weeks in which Plaintiff worked more than forty (40) hours.

49.     Stephenson County did not compensate Plaintiff at a rate of at least one and one-half (1.5) times his normal rate of pay for weeks in which Plaintiff worked more than forty (40) hours.

50.     Stephenson County's failure to pay overtime wages to Plaintiff is a violation of the FLSA.

51.     Stephenson County's failure and refusal to pay overtime wages was a willful violation of the FLSA.

WHEREFORE, Plaintiff, ROBERT T. BAKER, respectfully requests that judgment be entered in his favor and against Defendant, STEPHENSON COUNTY, declaring Stephenson County to be in violation of the FLSA, declaring Stephenson County's violation of the FLSA to have been willful, in the amount of one and one-half times Plaintiff's hourly rate for all hours Plaintiff worked in excess of forty (40) hours per week, liquidated damages in an amount equal to the unpaid overtime compensation found due, costs of suit, attorney's fees, requiring Stephenson County to make contributions to the Illinois Municipal Retirement Fund for all unpaid wages, and for such other and further relief as this Court deems just and equitable.

## COUNT III
### Violation of the Illinois Minimum Wage Law – Non-Payment of Overtime
### (Stephenson County)

1.- 51.  Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 41 of Facts Common To All Counts, paragraphs 42 through 46 of Count I, and paragraphs 47 through 51 of Count II, as and for paragraphs 1 through 51 of this Count III of his Complaint.

52.  Stephenson County is an employer under the Illinois Minimum Wage Law, 820 ILCS 105/1, et seq. ("IMWL").

53.  The matters set forth in this count arise from Stephenson County's violation of the overtime compensation provisions of the IMWL.

54.  Pursuant to 820 ILCS § 105/4a, for all weeks during which Plaintiff worked in excess of forty (40) hours, Plaintiff was entitled to be compensated at one and one-half times his normal hourly rate of pay for hours worked in excess of forty (40) hours per week.

55.  Stephenson County's failure to pay overtime wages to Plaintiff is a violation of the IMWL.

56.  Stephenson County's failure and refusal to pay overtime wages was a willful violation of the IMWL.

WHEREFORE, Plaintiff, ROBERT T. BAKER, respectfully requests that judgment be entered in his favor and against Defendant, STEPHENSON COUNTY, declaring Stephenson County to be in violation of the IMWL, declaring Stephenson County's violation of the IMWL to have been willful, in the amount of one and one-half times Plaintiff's hourly rate for all hours Plaintiff worked in excess of forty (40) hours per week, treble damages pursuant to 820 ILCS 105/12, statutory damages of 5% per month, costs of suit, attorney's fees, requiring Stephenson

County to make contributions to the Illinois Municipal Retirement Fund for all unpaid wages, and for such other and further relief as this Court deems just and equitable.

## COUNT IV
### Violation of the Illinois Wage Payment and Collection Act - Retaliatory Discharge
### (Stephenson County)

1.- 56. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 41 of Facts Common To All Counts, paragraphs 42 through 46 of Count I, paragraphs 47 through 51 of Count II, and paragraphs 52 through 56 of Count III, as and for paragraphs 1 through 56 of this Count IV of his Complaint.

57. Plaintiff was discharged from Stephenson County on or about June 18, 2020, in retaliation for his complaints relating to underpayment of wages.

58. Stephenson County's retaliatory discharge of Plaintiff is a violation of Section 14 of the IWPCA.

59. As a direct and proximate result of the retaliatory discharge, Plaintiff has suffered damages, including lost wages, benefits, and bonuses.

60. Pursuant to Section 14 of the IWPCA, Plaintiff is entitled to all legal and equitable relief as may be appropriate.

61. Pursuant to Section 14 of the IWPCA, Plaintiff is entitled to recover his costs and attorney's fees.

62. The acts perpetrated by Stephenson County in the course of terminating Plaintiff were committed with actual malice, willfulness and wantonness and, thus, warrant a significant financial punishment which will serve as a deterrent to Stephenson County and others from committing similar acts of wrongdoing in the future.

WHEREFORE, Plaintiff, ROBERT T. BAKER, respectfully requests that judgment be entered in his favor and against Defendant, STEPHENSON COUNTY, for damages in an amount to be determined at trial, including compensatory damages, front pay, punitive damages, costs of suit, attorney's fees, requiring Stephenson County to make contributions to the Illinois Municipal Retirement Fund for all unpaid wages, and for such other and further relief as this Court deems just and equitable.

## COUNT V
### Trespass to Chattel – 2006 Chevrolet Suburban Z71
### (Stephenson County)

1.- 62.   Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 41 of Facts Common To All Counts, paragraphs 42 through 46 of Count I, paragraphs 47 through 51 of Count II, paragraphs 52 through 56 of Count III, and paragraphs 57 through 62 of Count IV, as and for paragraphs 1 through 62 of this Count V of his Complaint.

63.   Plaintiff, at all times material hereto, owned and lawfully possessed a 2006 Chevrolet Suburban Z71 (the "Vehicle").

64.   The Vehicle was used by Plaintiff in his position as Director with Stephenson County.

65.   Stephenson County required Plaintiff to have access to certain emergency equipment to be used in his role as Director.

66.   Stephenson County required the emergency equipment to be attached to the Vehicle.

67.   After Plaintiff's termination with Stephenson County, the emergency equipment was removed from the Vehicle by a third-party hired by Stephenson County.

68.     The removal of the emergency equipment left numerous holes throughout the interior and exterior of the Vehicle.

69.     The cost to repair the Vehicle is approximately $2,200.

70.     Plaintiff has been damaged in a sum of approximately $2,200, of which no part has been paid.

WHEREFORE, Plaintiff, ROBERT T. BAKER, respectfully requests that judgment be entered in his favor and against Defendant, STEPHENSON COUNTY, for damages in an amount to be determined at trial, plus costs of suit, and for such other and further relief as this Court deems just and equitable.

## JURY DEMAND

**PLAINTIFF DEMANDS TRIAL BY JURY
AS TO ALL COUNTS AND ISSUES SO TRIABLE**

Dated this __21st__ day of July, 2020.

Plaintiff, ROBERT T. BAKER, by his attorneys, Reno & Zahm LLP

By: _____
Jeffrey H. Powell, Esq.

RENO & ZAHM LLP
By:  Jeffrey H. Powell, Esq. (#06297445)
2902 McFarland Road, Suite 400
Rockford, IL 61107
Ph.  (815) 987-4050; Fax (815) 987-4092
jhp@renozahm.com

STEPHENSON COUNTY, ILLINOIS

EMPLOYEE STATUS REPORT

DATE April 10, 2012                    DEPARTMENT Emergency Management

- [x] New Hire
- [ ] Rehire
- [ ] Termination
- [ ] Transfer
- [ ] Wage Rate Change

- [ ] Job Classification Change
- [ ] Grade Level Change
- [ ] Address Change
- [ ] Name Change
- [ ] Leave of Absence

- [ ] Part Time to Full Time
- [ ] Full Time to Part Time
- [ ] Extended Absence-Illness/Injury
- [ ] Return from Extended Absence
- [ ] Other

**DESIGNATE BELOW ONLY INFORMATION WHICH IS APPLICABLE TO CATEGORY CHECKED**

Name: Robert Baker    Emp. No.: 9/42]    S.S. No.: ▓▓▓▓    Sex: [x] Male  [ ] Female

Street: 415 N Winnebago Ave.    Town: Freeport    Zip: 61032    Phone: (815) 541-0297

Starting or Effective Date of Change: April 10, 2012    Date of Birth: Dec 18, 1968

New Job Title: Asst. Directory EMA    New Grade Level:    Fund. No.: 021    Account No.: ▓▓▓▓

Present Wage Rate: $19.00 Per Hour:    Per Month:    Per Year: $760.00 Per Pay Period:

New Wage Rate:    Per Hour:    Per Month:    Per Year:    Per Pay Period:

Work Schedule:    [ ] More than-  [x] Less than-  30 Hours Per Week    [x] More than-  [ ] Less than-  600 Hours Per Year

- [ ] Full Time - Permanent
- [ ] Full Time - Temporary
- [x] Part Time - Permanent
- [ ] Part Time - Temporary

- [x] I.M.R.F. - Participating Regular (1) Plcol
- [ ] I.M.R.F. - Participating Law Enforcement (1)
- [ ] F.I.C.A. only
- [ ] Employees' Group Life & Health Ins. Plan (2)

Workers' Comp. Code # 9410

EEOC Codes:

Category PRF

Function P

Class V4M

Exempt N

NOTE: (1) Requires 600 hours per year. (2) Requires 30 hours per week annually.

Effective Date of Leaves of Absence:    Last Day Worked:    Last Date Paid Through:    Date Returned:

Effective Dates of Termination:    Last Day Worked:    Last Day Paid Through:

**RACIAL/ETHNIC IDENTIFICATION**
(New Hires Only)    General Comments:

- (x) White, Non-Hispanic
- ( ) Black, Non-Hispanic
- ( ) Hispanic
- ( ) Asian or Pacific Islander
- ( ) American Indian or Alaskan

Approved: _~~Laurence Groull~~_    _~~Robt Baker~~_
Department Head    Employee

White — County Clerk
Yellow — Administration
Pink — Department Files
Gold — Employee

REV. JUNE 1998


EXHIBIT A

STEPHENSON COUNTY, ILLINOIS

EMPLOYEE STATUS REPORT

DATE December 11, 2012                                    DEPARTMENT Emergency Management

| | |
|---|---|
| ☐ New Hire | ☐ Job Classification Change |
| ☐ Rehire | ☐ Grade Level Change |
| ☐ Termination | ☐ Address Change |
| ☐ Transfer | ☐ Name Change |
| ☒ Wage Rate Change | ☐ Leave of Absence |

☐ Part Time to Full Time
☐ Full Time to Part Time
☐ Extended Absence-Illness/Injury
☐ Return from Extended Absence
☐ Other

DESIGNATE BELOW ONLY INFORMATION WHICH IS APPLICABLE TO CATEGORY CHECKED

Name: Robert Baker          Emp. No.: 91421     S.S. No.: ▓▓▓▓▓     Sex: ☒ Male  ☐ Female

Street: 415 N Winnebago Ave.        Town: Freeport     Zip: 61032     Phone: (815) 541-0297

Starting or Effective Date of Change: December 1, 2012          Date of Birth: Dec 18, 2012

New Job Title: Asst. Director EMA          New Grade Level:          Fund. No.: 021
                                                                      Account No.: ▓▓▓▓▓

Present Wage Rate: $19.00 Per Hour;     Per Month;     Per Year: $760.00 Per Pay Period;

New Wage Rate: $20.19 Per Hour;     Per Month;     Per Year: $807.69 Per Pay Period;

Work Schedule:   ☐ More than-
                 ☒ Less than-      30 Hours Per Week

                 ☒ More than-
                 ☐ Less than-      600 Hours Per Year

| | |
|---|---|
| ☐ Full Time - Permanent | ☐ I.M.R.F. - Participating Regular (1) |
| ☐ Full Time - Temporary | ☐ I.M.R.F. - Participating Law Enforcement (1) |
| ☒ Part Time - Permanent | ☐ F.I.C.A. only |
| ☐ Part Time - Temporary | ☐ Employees' Group Life & Health Ins. Plan (2) |

Workers' Comp. Code # _____
EEOC Codes:
Category _____
Function _____
Class _____
Exempt _____

NOTE: (1) Requires 600 hours per year. (2) Requires 30 hours per week annually.

Effective Date of
Leaves of Absence:     Last Day Worked:     Last Date Paid Through:     Date Returned:

Effective Dates of Termination:     Last Day Worked:     Last Day Paid Through:

RACIAL/ETHNIC IDENTIFICATION          General Comments:
(New Hires Only)

(   ) White, Non-Hispanic
(   ) Black, Non-Hispanic
(   ) Hispanic
(   ) Asian or Pacific Islander
(   ) American Indian or Alaskan

Approved: _____          _____
                 Department Head                              Employee

White — County Clerk
Yellow — Administration
Pink — Department Files
Gold — Employee

REV. JUNE 1998

## STEPHENSON COUNTY, ILLINOIS
## EMPLOYEE STATUS REPORT

DATE _____06/30/14_____          DEPARTMENT: EMA

| | | | | | |
|---|---|---|---|---|---|
| | New Hire | | Job Classification Change | | Part Time to Full-Time |
| | Rehire | | Grade Level Change | | Full Time to Part Time |
| | Termination | | Address Change | | Extended Absence-illness/injury |
| | Transfer | | Name Change | | Return from Extended Absence |
| x | Wage Rate Change | | Leave of Absence | | Other |

### DESIGNATE BELOW ONLY INFORMATION WHICH IS APPLICABLE TO CATEGORY CHECKED

Name:  Robert Baker          No.  91421   SSN: ▆▆▆▆▆          Sex: [x] Male   [ ] Female

Street:  548 N. Walnut Ave.          Town: Freeport      Zip: 61032   Phone:  815-541-0297

Starting or Effective Date of Change:        06/30/14          Date of Birth:   12/18/68

New Job Title:     Assistant EMA Director      New Grade Level: _____      Fund/Acct Nos. ▆▆▆▆▆

Present Wage Rate:  $20.19  Per Hour

New Wage Rate:  $21.24  Per Hour

| Work Schedule: | | More than 30 Hours Per Week | x | More than 600 (1,000) Hours Per Year |
|---|---|---|---|---|
| | x | Less than 30 Hours Per Week | | Less than 600 (1,000) Hours Per Year |

| | | | | | |
|---|---|---|---|---|---|
| x | Full Time - Permanent | x | I.M.R.F. - Participating Regular (1) | Workers' Comp. Code# | _____ |
| | Full Time - Temporary | | I.M.R.F. - Participating Law Enforcement (1) | EEOC Codes: | |
| | Part Time - Permanent | | F.I.C.A. only | Category | _____ |
| | Part Time - Temporary | | Employees' Group Life & Health Ins. Plan (2) | Function | _____ |
| | | | | Class | _____ |
| | | | | Exempt | _____ |

(1) Requires 600 hours per year *(changed to 1,000 hrs by County Board on 4/14/14)*
(2) Requires 30 hours per week annually

Effective Date of Leaves of Absence:
Last Day Worked: _____
Last Date Paid Through _____
Date Returned: _____

Effective Dates of Termination:
Last Day Worked: _____
Last Day Paid Through: _____

RACIAL/ETHNIC IDENTIFICATION
(New Hires Only)

| | |
|---|---|
| | White, Non-Hispanic |
| | Black, Non-Hispanic |
| | Hispanic |
| | Asian or Pacific Islander |
| | American Indian or Alaskan |

General Comments:
_____
_____
_____
_____
_____

Approved: _Jerrance Stroud_          Employee: _Robert Baker_
Department Head

# STEPHENSON COUNTY, ILLINOIS
## EMPLOYEE STATUS REPORT

DATE _____10/27/14_____                                    DEPARTMENT: EMA

| | | | |
|---|---|---|---|
| ☐ New Hire | ☒ Job Classification Change | ☐ Part Time to Full-Time |
| ☐ Rehire | ☐ Grade Level Change | ☐ Full Time to Part Time |
| ☐ Termination | ☐ Address Change | ☐ Extended Absence-Illness/Injury |
| ☐ Transfer | ☐ Name Change | ☐ Return from Extended Absence |
| ☒ Wage Rate Change | ☐ Leave of Absence | ☐ Other |

### DESIGNATE BELOW ONLY INFORMATION WHICH IS APPLICABLE TO CATEGORY CHECKED

Name: Robert Baker                    No. 91421    SSN: ▓▓▓▓    Sex: ☒ Male    ☐ Female

Street: 548 N. Walnut Ave.                Town: Freeport    Zip: 61032    Phone: 815-541-0297

Starting or Effective Date of Change: _____10/18/14_____    Date of Birth: 12/18/68

New Job Title: Director    New Grade Level: _____    Fund/Acct Nos. ▓▓▓▓

Present Wage Rate: $21.24 Per Hour

New Wage Rate: $32.37 Per Hour

| Work Schedule: | ☐ More than 30 Hours Per Week | ☒ More than 600 (1,000) Hours Per Year |
|---|---|---|
| | ☒ Less than 30 Hours Per Week | ☐ Less than 600 (1,000) Hours Per Year |

| | | |
|---|---|---|
| ☒ Full Time - Permanent | ☒ I.M.R.F. - Participating Regular (1) | Workers' Comp. Code# _____ |
| ☐ Full Time - Temporary | ☐ I.M.R.F. - Participating Law Enforcement (1) | EEOC Codes: |
| ☒ Part Time - Permanent | ☐ F.I.C.A. only | Category _____ |
| ☐ Part Time - Temporary | ☐ Employees' Group Life & Health Ins. Plan (2) | Function _____ |
| | | Class _____ |
| | | Exempt _____ |

(1) Requires 600 hours per year *(changed to 1,000 hrs by County Board on 4/14/14)*

(2) Requires 30 hours per week annually

Effective Date of Leaves of Absence:
Last Day Worked: _____
Last Date Paid Through: _____
Date Returned: _____

Effective Dates of Termination:
Last Day Worked: _____
Last Day Paid Through: _____

RACIAL/ETHNIC IDENTIFICATION
(New Hires Only)
☐ White, Non-Hispanic
☐ Black, Non-Hispanic
☐ Hispanic
☐ Asian or Pacific Islander
☐ American Indian or Alaskan

General Comments: _____
_____
_____
_____
_____

Approved: *Robert A Baker*              Employee: *Robert Baker*
Department Head

STEPHENSON COUNTY, ILLINOIS

EMPLOYEE STATUS REPORT

DATE _____02/01/16_____                                           DEPARTMENT: EMA

| | | | |
|---|---|---|
| ☐ New Hire | ☐ Job Classification Change | ☐ Part Time to Full-Time |
| ☐ Rehire | ☐ Grade Level Change | ☐ Full Time to Part Time |
| ☐ Termination | ☐ Address Change | ☐ Extended Absence-Illness/Injury |
| ☐ Transfer | ☐ Name Change | ☐ Return from Extended Absence |
| ☒ Wage Rate Change | ☐ Leave of Absence | ☐ Other |

## DESIGNATE BELOW ONLY INFORMATION WHICH IS APPLICABLE TO CATEGORY CHECKED

Name:   Robert Baker                    No. 91421    SSN: ▓▓▓▓▓       Sex: ☒ Male    ☐ Female

Street:   548 N. Walnut Ave.            Town: Freeport       Zip:  61032    Phone:   815-541-0297

Starting or Effective Date of Change:          12/01/15                Date of Birth:   12/18/68

New Job Title:        Director              New Grade Level: _____    Fund/Acct Nos. ▓▓▓▓▓▓▓

Present Wage Rate:   $32.37   Per Hour

New Wage Rate:     $33.44   Per Hour

| Work Schedule: | ☐ More than 30 Hours Per Week | ☒ More than 600 (1,000) Hours Per Year |
|---|---|---|
| | ☒ Less than 30 Hours Per Week | ☐ Less than 600 (1,000) Hours Per Year |

| | | |
|---|---|---|
| ☐ Full Time - Permanent | ☒ I.M.R.F. – Participating Regular (1) | Workers' Comp. Code# |
| ☐ Full Time - Temporary | ☐ I.M.R.F. – Participating Law Enforcement (1) | EEOC Codes: |
| ☒ Part Time - Permanent | ☐ F.I.C.A. only | Category _____ |
| ☐ Part Time - Temporary | ☐ Employees' Group Life & Health Ins. Plan (2) | Function _____ |
| | | Class _____ |
| (1) Requires 600 hours per year *(changed to 1,000 hrs by County Board on 4/14/14)* | | Exempt _____ |
| (2) Requires 30 hours per week annually | | |

Effective Date of Leaves of Absence:
Last Day Worked: _____
Last Date Paid Through _____
Date Returned: _____

Effective Dates of Termination:
Last Day Worked: _____
Last Day Paid Through: _____

RECEIVED

FEB 0 1 2016

ADMINISTRATION

| | |
|---|---|
| RACIAL/ETHNIC IDENTIFICATION (New Hires Only) | General Comments: |
| ☐ White, Non-Hispanic | |
| ☐ Black, Non-Hispanic | |
| ☐ Hispanic | |
| ☐ Asian or Pacific Islander | |
| ☐ American Indian or Alaskan | |

Approved: _____        Employee: *Robert Baker*
                Department Head

STEPHENSON COUNTY, ILLINOIS

EMPLOYEE STATUS REPORT

DATE _____ 04/17/17 _____                                          DEPARTMENT: EMA

| | | | | | |
|---|---|---|---|---|---|
| | New Hire | | Job Classification Change | | Part Time to Full-Time |
| | Rehire | | Grade Level Change | | Full Time to Part Time |
| | Termination | | Address Change | | Extended Absence-illness/injury |
| | Transfer | | Name Change | | Return from Extended Absence |
| x | Wage Rate Change | | Leave of Absence | | Other |

**DESIGNATE BELOW ONLY INFORMATION WHICH IS APPLICABLE TO CATEGORY CHECKED**

Name:   Robert Baker            No.  91421     SSN: ▉▉▉▉▉        Sex: [x] Male     [ ] Female

Street:   548 N. Walnut Ave.                Town: Freeport      Zip:   61032    Phone:   815-541-0297

Starting or Effective Date of Change:          12/01/16             Date of Birth:   12/18/68

New Job Title:        Director            New Grade Level: _____     Fund/Acct Nos. ▉▉▉▉▉

Present Wage Rate:   $33.44   Per Hour

New Wage Rate:   $34.13̶   Per Hour  34.11 ✓

| Work Schedule: | | More than 30 Hours Per Week | x | More than 6̶0̶0̶ (1,000) Hours Per Year |
|---|---|---|---|---|
| | x | Less than 30 Hours Per Week | | Less than 6̶0̶0̶ (1,000) Hours Per Year |

| | | | | |
|---|---|---|---|---|
| | Full Time - Permanent | x | I.M.R.F. – Participating Regular (1) | Workers' Comp. Code# _____ |
| | Full Time - Temporary | | I.M.R.F. – Participating Law Enforcement (1) | EEOC Codes: |
| x | Part Time - Permanent | | F.I.C.A. only | Category _____ |
| | Part Time - Temporary | | Employees' Group Life & Health Ins. Plan (2) | Function _____ |
| | | | | Class _____ |
| | | | | Exempt _____ |

(1) Requires 6̶0̶0̶ hours per year *(changed to 1,000 hrs by County Board on 4/14/14)*
(2) Requires 30 hours per week annually

Effective Date of Leaves of Absence:
      Last Day Worked: _____
Last Date Paid Through _____
      Date Returned: _____

Effective Dates of Termination:
      Last Day Worked: _____
Last Day Paid Through: _____

| RACIAL/ETHNIC IDENTIFICATION (New Hires Only) |
|---|
| [ ] White, Non-Hispanic |
| [ ] Black, Non-Hispanic |
| [ ] Hispanic |
| [ ] Asian or Pacific Islander |
| [ ] American Indian or Alaskan |

General Comments:   2% Cola Retro – Fin.
328 hro. X .67 = #219.76

Approved: _~Robert Baker~_                  Employee: _____
              Department Head

## STEPHENSON COUNTY, ILLINOIS
## EMPLOYEE STATUS REPORT

DATE ___12/21/17___                                    DEPARTMENT: EMA

| | | | | | |
|---|---|---|---|---|---|
| ☐ | New Hire | ☐ | Job Classification Change | ☐ | Part Time to Full-Time |
| ☐ | Rehire | ☐ | Grade Level Change | ☐ | Full Time to Part Time |
| ☐ | Termination | ☐ | Address Change | ☐ | Extended Absence-Illness/Injury |
| ☐ | Transfer | ☐ | Name Change | ☐ | Return from Extended Absence |
| X | Wage Rate Change | ☐ | Leave of Absence | ☐ | Other |

### DESIGNATE BELOW ONLY INFORMATION WHICH IS APPLICABLE TO CATEGORY CHECKED

Name: Robert Baker                No. 91421    SSN: ▓▓▓▓▓    Sex: X Male    ☐ Female

Street: 548 N. Walnut Ave.              Town: Freeport    Zip: 61032    Phone: 815-541-0297

Starting or Effective Date of Change:        01/01/18              Date of Birth: 12/18/68

New Job Title:        Director          New Grade Level: _____    Fund/Acct Nos. ▓▓▓▓▓▓

Present Wage Rate:  $34.11  Per Hour

New Wage Rate:  $34.79  Per Hour

| Work Schedule: | | More than 30 Hours Per Week | X | More than 600 (1,000) Hours Per Year |
|---|---|---|---|---|
| | X | Less than 30 Hours Per Week | | Less than 600 (1,000) Hours Per Year |

| | | | | Workers' Comp. Code# _____ |
|---|---|---|---|---|
| ☐ | Full Time - Permanent | X | I.M.R.F. – Participating Regular (1) | EEOC Codes: |
| ☐ | Full Time - Temporary | ☐ | I.M.R.F. – Participating Law Enforcement (1) | Category _____ |
| X | Part Time - Permanent | ☐ | F.I.C.A. only | Function _____ |
| ☐ | Part Time - Temporary | ☐ | Employees' Group Life & Health Ins. Plan (2) | Class _____ |
| | | | | Exempt _____ |

(1) Requires 600 hours per year *(changed to 1,000 hrs by County Board on 4/14/14)*
(2) Requires 30 hours per week annually

Effective Date of Leaves of Absence:
Last Day Worked: _____
Last Date Paid Through: _____
Date Returned: _____

Effective Dates of Termination:
Last Day Worked: _____
Last Day Paid Through: _____

RACIAL/ETHNIC IDENTIFICATION
(New Hires Only)

☐ White, Non-Hispanic
☐ Black, Non-Hispanic
☐ Hispanic
☐ Asian or Pacific Islander
☐ American Indian or Alaskan

General Comments:
_____
_____
_____
_____

Approved: _~Robt Bkr~_           Employee: _~Robt Bkr~_
Department Head



## STEPHENSON COUNTY, ILLINOIS
## EMPLOYEE STATUS REPORT

DATE _____12/03/18_____                                   DEPARTMENT: EMA

| | | | | | | |
|---|---|---|---|---|---|---|
| | New Hire | | Job Classification Change | | Part Time to Full-Time |
| | Rehire | | Grade Level Change | | Full Time to Part Time |
| | Termination | | Address Change | | Extended Absence-Illness/Injury |
| | Transfer | | Name Change | | Return from Extended Absence |
| x | Wage Rate Change | | Leave of Absence | | Other |

---

### DESIGNATE BELOW ONLY INFORMATION WHICH IS APPLICABLE TO CATEGORY CHECKED

Name:  Robert Baker                    No.  91421      SSN: ▮▮▮▮▮        Sex: [x] Male    [ ] Female

Street:  548 N. Walnut Ave.              Town: Freeport      Zip:  61032    Phone:   815-541-0297

Starting or Effective Date of Change:          01/01/19                    Date of Birth:   12/18/68

New Job Title:        Director              New Grade Level:          Fund/Acct Nos: ▮▮▮▮▮▮

Present Wage Rate:  $34.79   Per Hour
New Wage Rate:  $35.49   Per Hour

| Work Schedule: | | | | |
|---|---|---|---|---|
| | | More than 30 Hours Per Week | x | More than 600 (1,000) Hours Per Year |
| | x | Less than 30 Hours Per Week | | Less than 600 (1,000) Hours Per Year |

| | | | | |
|---|---|---|---|---|
| | Full Time - Permanent | x | I.M.R.F. - Participating Regular (1) | Workers' Comp. Code# _____ |
| | Full Time - Temporary | | I.M.R.F. - Participating Law Enforcement (1) | EEOC Codes: |
| x | Part Time - Permanent | | F.I.C.A. only | Category _____ |
| | Part Time - Temporary | | Employees' Group Life & Health Ins. Plan (2) | Function _____ |
| | | | | Class _____ |
| | | | | Exempt _____ |

(1) Requires 600 hours per year *(changed to 1,000 hrs by County Board on 4/14/14)*
(2) Requires 30 hours per week annually

---

Effective Date of Leaves of Absence:
    Last Day Worked: _____
    Last Date Paid Through: _____
    Date Returned: _____

Effective Dates of Termination:
    Last Day Worked: _____
    Last Day Paid Through: _____

| | |
|---|---|
| **RACIAL/ETHNIC IDENTIFICATION** (New Hires Only) | |
| [ ] White, Non-Hispanic | |
| [ ] Black, Non-Hispanic | General Comments: |
| [ ] Hispanic | |
| [ ] Asian or Pacific Islander | |
| [ ] American Indian or Alaskan | |

Approved: *[signature]*                    Employee: *[signature]*
                  Department Head

STEPHENSON COUNTY, ILLINOIS

EMPLOYEE STATUS REPORT

DATE ____12/03/19____

DEPARTMENT: EMA

| | | |
|---|---|---|
| ☐ New Hire | ☐ Job Classification Change | ☐ Part Time to Full-Time |
| ☐ Rehire | ☐ Grade Level Change | ☐ Full Time to Part Time |
| ☐ Termination | ☐ Address Change | ☐ Extended Absence-illness/injury |
| ☐ Transfer | ☐ Name Change | ☐ Return from Extended Absence |
| ☒ Wage Rate Change | ☐ Leave of Absence | ☐ Other |

### DESIGNATE BELOW ONLY INFORMATION WHICH IS APPLICABLE TO CATEGORY CHECKED

Name: __Robert Baker__       No. __91421__   SSN █████      Sex: ☒ Male    ☐ Female

Street: __548 N. Walnut Ave.__       Town: Freeport      Zip: 61032    Phone: 815-541-0297

Starting or Effective Date of Change: ____01/01/20____       Date of Birth: __12/18/68__

New Job Title: __Director__ ____New Grade Level: ____       Fund/Acct Nos. █████

Present Wage Rate: __$35.49__ Per Hour

New Wage Rate: __$36.20__ Per Hour

| Work Schedule: | | | |
|---|---|---|---|
| | ☐ More than 30 Hours Per Week | ☒ | More than ~~600~~ (1,000) Hours Per Year |
| | ☒ Less than 30 Hours Per Week | | Less than ~~600~~ (1,000) Hours Per Year |

| | | |
|---|---|---|
| ☐ Full Time - Permanent | ☒ I.M.R.F. - Participating Regular (1) | Workers' Comp. Code# _____ |
| ☐ Full Time - Temporary | ☐ I.M.R.F. - Participating Law Enforcement (1) | EEOC Codes: |
| ☒ Part Time - Permanent | ☐ F.I.C.A. only | Category _____ |
| ☐ Part Time - Temporary | ☐ Employees' Group Life & Health Ins. Plan (2) | Function _____ |
| | | Class _____ |
| (1) Requires ~~600~~ hours per year *(changed to 1,000 hrs by County Board on 4/14/14)* | | Exempt _____ |
| (2) Requires 30 hours per week annually | | |

Effective Date of Leaves of Absence:

Last Day Worked: _____

Last Date Paid Through _____

Date Returned: _____

Effective Dates of Termination:

Last Day Worked: _____

Last Day Paid Through: _____

RACIAL/ETHNIC IDENTIFICATION
(New Hires Only)

☐ White, Non-Hispanic
☐ Black, Non-Hispanic
☐ Hispanic
☐ Asian or Pacific Islander
☐ American Indian or Alaskan

General Comments: _____
_____
_____
_____
_____

Approved: _~Robert Baker~_       Employee: _~Robert Baker~_
Department Head

~Lisa~

| | LOST WAGES | | | | | | PENALTIES | |
|---|---|---|---|---|---|---|---|---|
| Month | Hours in Excess of 20 per Week | Hours Less than 20 per Week | Uncompensated Hours | Hourly Rate | Lost Wages | Cumulative Uncompensated WAGES | IWPCA Monthly Penalty | Monthly Penalty |
| (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (J) |
| | | | (B) - (C) | | (D) * (E) | Running Total (F) | | (G) * (H) |
| Apr-12 | 4.00 | 0.00 | 4.00 | $ 19.00 | $ 76.00 | $ 76.00 | 2.0% | $ 1.52 |
| May-12 | 28.00 | 0.00 | 28.00 | $ 19.00 | $ 532.00 | $ 608.00 | 2.0% | $ 12.16 |
| Jun-12 | 9.50 | 0.00 | 9.50 | $ 19.00 | $ 180.50 | $ 788.50 | 2.0% | $ 15.77 |
| Jul-12 | 2.50 | 25.00 | -22.50 | $ 19.00 | $ (427.50) | $ 361.00 | 2.0% | $ 7.22 |
| Aug-12 | 13.50 | 0.00 | 13.50 | $ 19.00 | $ 256.50 | $ 617.50 | 2.0% | $ 12.35 |
| Sep-12 | 1.50 | 5.00 | -3.50 | $ 19.00 | $ (66.50) | $ 551.00 | 2.0% | $ 11.02 |
| Oct-12 | 4.50 | 5.00 | -0.50 | $ 19.00 | $ (9.50) | $ 541.50 | 2.0% | $ 10.83 |
| Nov-12 | 3.50 | 5.50 | -2.00 | $ 19.00 | $ (38.00) | $ 503.50 | 2.0% | $ 10.07 |
| Dec-12 | 4.50 | 26.00 | -21.50 | $ 20.19 | $ (434.09) | $ 69.42 | 2.0% | $ 1.39 |
| Jan-13 | 14.50 | 0.00 | 14.50 | $ 20.19 | $ 292.76 | $ 362.17 | 2.0% | $ 7.24 |
| Feb-13 | 12.00 | 4.00 | 8.00 | $ 20.19 | $ 161.52 | $ 523.69 | 2.0% | $ 10.47 |
| Mar-13 | 52.00 | 4.00 | 48.00 | $ 20.19 | $ 969.12 | $ 1,492.81 | 2.0% | $ 29.86 |
| Apr-13 | 19.50 | 0.00 | 19.50 | $ 20.19 | $ 393.71 | $ 1,886.52 | 2.0% | $ 37.73 |
| May-13 | 33.50 | 0.00 | 33.50 | $ 20.19 | $ 676.37 | $ 2,562.88 | 2.0% | $ 51.26 |
| Jun-13 | 11.00 | 3.00 | 8.00 | $ 20.19 | $ 161.52 | $ 2,724.40 | 2.0% | $ 54.49 |
| Jul-13 | 11.00 | 25.50 | -14.50 | $ 20.19 | $ (292.76) | $ 2,431.65 | 2.0% | $ 48.63 |
| Aug-13 | 17.00 | 0.00 | 17.00 | $ 20.19 | $ 343.23 | $ 2,774.88 | 2.0% | $ 55.50 |
| Sep-13 | 7.00 | 2.00 | 5.00 | $ 20.19 | $ 100.95 | $ 2,875.83 | 2.0% | $ 57.52 |
| Oct-13 | 1.00 | 5.50 | -4.50 | $ 20.19 | $ (90.86) | $ 2,784.97 | 2.0% | $ 55.70 |
| Nov-13 | 4.50 | 13.00 | -8.50 | $ 20.19 | $ (171.62) | $ 2,613.36 | 2.0% | $ 52.27 |
| Dec-13 | 1.50 | 11.50 | -10.00 | $ 20.19 | $ (201.90) | $ 2,411.46 | 2.0% | $ 48.23 |
| Jan-14 | 0.00 | 19.00 | -19.00 | $ 20.19 | $ (383.61) | $ 2,027.85 | 2.0% | $ 40.56 |
| Feb-14 | 8.50 | 3.00 | 5.50 | $ 20.19 | $ 111.05 | $ 2,138.89 | 2.0% | $ 42.78 |
| Mar-14 | 11.00 | 4.50 | 6.50 | $ 20.19 | $ 131.24 | $ 2,270.13 | 2.0% | $ 45.40 |
| Apr-14 | 14.50 | 4.00 | 10.50 | $ 20.19 | $ 212.00 | $ 2,482.12 | 2.0% | $ 49.64 |
| May-14 | 15.50 | 17.00 | -1.50 | $ 20.19 | $ (30.29) | $ 2,451.84 | 2.0% | $ 49.04 |
| Jun-14 | 8.00 | 4.00 | 4.00 | $ 20.19 | $ 80.76 | $ 2,532.60 | 2.0% | $ 50.65 |
| Jul-14 | 5.00 | 25.00 | -20.00 | $ 21.24 | $ (424.80) | $ 2,107.80 | 2.0% | $ 42.16 |
| Aug-14 | 12.25 | 4.00 | 8.25 | $ 21.24 | $ 175.23 | $ 2,283.03 | 2.0% | $ 45.66 |
| Sep-14 | 12.00 | 0.00 | 12.00 | $ 21.24 | $ 254.88 | $ 2,537.91 | 2.0% | $ 50.76 |
| Oct-14 | 12.50 | 5.00 | 7.50 | $ 32.37 | $ 242.78 | $ 2,780.68 | 2.0% | $ 55.61 |
| Nov-14 | 1.00 | 4.50 | -3.50 | $ 32.37 | $ (113.30) | $ 2,667.39 | 2.0% | $ 53.35 |
| Dec-14 | 12.50 | 13.00 | -0.50 | $ 32.37 | $ (16.19) | $ 2,651.20 | 2.0% | $ 53.02 |
| Jan-15 | 17.75 | 1.50 | 16.25 | $ 32.37 | $ 526.01 | $ 3,177.21 | 2.0% | $ 63.54 |
| Feb-15 | 22.75 | 2.25 | 20.50 | $ 32.37 | $ 663.59 | $ 3,840.80 | 2.0% | $ 76.82 |
| Mar-15 | 52.50 | 0.00 | 52.50 | $ 32.37 | $ 1,699.43 | $ 5,540.22 | 2.0% | $ 110.80 |
| Apr-15 | 53.50 | 3.00 | 50.50 | $ 32.37 | $ 1,634.69 | $ 7,174.91 | 2.0% | $ 143.50 |
| May-15 | 2.25 | 1.50 | 0.75 | $ 32.37 | $ 24.28 | $ 7,199.19 | 2.0% | $ 143.98 |
| Jun-15 | 20.50 | 0.00 | 20.50 | $ 32.37 | $ 663.59 | $ 7,862.77 | 2.0% | $ 157.26 |
| Jul-15 | 7.50 | 20.00 | -12.50 | $ 32.37 | $ (404.63) | $ 7,458.15 | 2.0% | $ 149.16 |
| Aug-15 | 14.75 | 0.00 | 14.75 | $ 32.37 | $ 477.46 | $ 7,935.60 | 2.0% | $ 158.71 |
| Sep-15 | 15.25 | 0.00 | 15.25 | $ 32.37 | $ 493.64 | $ 8,429.25 | 2.0% | $ 168.58 |
| Oct-15 | 1.50 | 7.00 | -5.50 | $ 32.37 | $ (178.04) | $ 8,251.21 | 2.0% | $ 165.02 |
| Nov-15 | 8.75 | 0.00 | 8.75 | $ 32.37 | $ 283.24 | $ 8,534.45 | 2.0% | $ 170.69 |
| Dec-15 | 17.25 | 0.00 | 17.25 | $ 33.44 | $ 576.84 | $ 9,111.29 | 2.0% | $ 182.23 |
| Jan-16 | 5.50 | 0.00 | 5.50 | $ 33.44 | $ 183.92 | $ 9,295.21 | 2.0% | $ 185.90 |
| Feb-16 | 17.75 | 0.00 | 17.75 | $ 33.44 | $ 593.56 | $ 9,888.77 | 2.0% | $ 197.78 |
| Mar-16 | 30.75 | 0.00 | 30.75 | $ 33.44 | $ 1,028.28 | $ 10,917.05 | 2.0% | $ 218.34 |
| Apr-16 | 15.00 | 0.00 | 15.00 | $ 33.44 | $ 501.60 | $ 11,418.65 | 2.0% | $ 228.37 |
| May-16 | 0.00 | 15.75 | -15.75 | $ 33.44 | $ (526.68) | $ 10,891.97 | 2.0% | $ 217.84 |
| Jun-16 | 17.50 | 23.75 | -6.25 | $ 33.44 | $ (209.00) | $ 10,682.97 | 2.0% | $ 213.66 |
| Jul-16 | 28.00 | 20.00 | 8.00 | $ 33.44 | $ 267.52 | $ 10,950.49 | 2.0% | $ 219.01 |
| Aug-16 | 19.75 | 0.00 | 19.75 | $ 33.44 | $ 660.44 | $ 11,610.93 | 2.0% | $ 232.22 |
| Sep-16 | 14.75 | 0.00 | 14.75 | $ 33.44 | $ 493.24 | $ 12,104.17 | 2.0% | $ 242.08 |
| Oct-16 | 6.50 | 4.00 | 2.50 | $ 33.44 | $ 83.60 | $ 12,187.77 | 2.0% | $ 243.76 |
| Nov-16 | 4.00 | 5.50 | -1.50 | $ 33.44 | $ (50.16) | $ 12,137.61 | 2.0% | $ 242.75 |
| Dec-16 | 1.50 | 24.25 | -22.75 | $ 34.11 | $ (776.00) | $ 11,361.61 | 2.0% | $ 227.23 |
| Jan-17 | 5.25 | 8.75 | -3.50 | $ 34.11 | $ (119.39) | $ 11,242.22 | 2.0% | $ 224.84 |
| Feb-17 | 12.25 | 7.50 | 4.75 | $ 34.11 | $ 162.02 | $ 11,404.24 | 2.0% | $ 228.08 |

EXHIBIT
B

Page 1 of 2

| | LOST WAGES | | | | | | PENALTIES | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | Hours in Excess of 20 per Week | Hours Less than 20 per Week | Uncompensated Hours | Hourly Rate | Lost Wages | | Cumulative Uncompensated WAGES | IWPCA Monthly Penalty | Monthly Penalty |
| (A) | (B) | (C) | (D) | (E) | (F) | | (G) | (H) | (J) |
| | | | (B) - (C) | | (D) * (E) | | Running Total (F) | | (G) * (H) |
| Mar-17 | 27.75 | 0.25 | 27.50 | $ 34.11 | $ 938.03 | $ | 12,342.27 | 2.0% | $ 246.85 |
| Apr-17 | 20.25 | 0.00 | 20.25 | $ 34.11 | $ 690.73 | $ | 13,033.00 | 2.0% | $ 260.66 |
| May-17 | 16.75 | 5.00 | 11.75 | $ 34.11 | $ 400.79 | $ | 13,433.79 | 2.0% | $ 268.68 |
| Jun-17 | 11.25 | 0.00 | 11.25 | $ 34.11 | $ 383.74 | $ | 13,817.53 | 2.0% | $ 276.35 |
| Jul-17 | 88.25 | 20.00 | 68.25 | $ 34.11 | $ 2,873.67 | $ | 16,691.19 | 2.0% | $ 333.82 |
| Aug-17 | 55.75 | 0.00 | 55.75 | $ 34.11 | $ 2,306.69 | $ | 18,997.88 | 2.0% | $ 379.96 |
| Sep-17 | 11.25 | 0.00 | 11.25 | $ 34.11 | $ 383.74 | $ | 19,381.62 | 2.0% | $ 387.63 |
| Oct-17 | 6.00 | 5.00 | 1.00 | $ 34.11 | $ 34.11 | $ | 19,415.73 | 2.0% | $ 388.31 |
| Nov-17 | 11.75 | 5.00 | 6.75 | $ 34.11 | $ 230.24 | $ | 19,645.97 | 2.0% | $ 392.92 |
| Dec-17 | 1.50 | 5.00 | -3.50 | $ 34.11 | $ (119.39) | $ | 19,526.59 | 2.0% | $ 390.53 |
| Jan-18 | 2.75 | 10.50 | -7.75 | $ 34.79 | $ (269.62) | $ | 19,256.96 | 2.0% | $ 385.14 |
| Feb-18 | 36.50 | 0.00 | 36.50 | $ 34.79 | $ 1,269.84 | $ | 20,526.80 | 2.0% | $ 410.54 |
| Mar-18 | 35.00 | 0.00 | 35.00 | $ 34.79 | $ 1,217.65 | $ | 21,744.45 | 2.0% | $ 434.89 |
| Apr-18 | 21.75 | 0.00 | 21.75 | $ 34.79 | $ 756.68 | $ | 22,501.13 | 2.0% | $ 450.02 |
| May-18 | 8.75 | 4.75 | 4.00 | $ 34.79 | $ 139.16 | $ | 22,640.29 | 2.0% | $ 452.81 |
| Jun-18 | 31.50 | 20.00 | 11.50 | $ 34.79 | $ 400.09 | $ | 23,040.38 | 2.0% | $ 460.81 |
| Jul-18 | 8.50 | 0.00 | 8.50 | $ 34.79 | $ 295.72 | $ | 23,336.09 | 2.0% | $ 466.72 |
| Aug-18 | 8.75 | 0.00 | 8.75 | $ 34.79 | $ 304.41 | $ | 23,640.50 | 2.0% | $ 472.81 |
| Sep-18 | 9.75 | 0.00 | 9.75 | $ 34.79 | $ 339.20 | $ | 23,979.71 | 2.0% | $ 479.59 |
| Oct-18 | 27.00 | 0.00 | 27.00 | $ 34.79 | $ 939.33 | $ | 24,919.04 | 2.0% | $ 498.38 |
| Nov-18 | 2.50 | 13.50 | -11.00 | $ 34.79 | $ (382.69) | $ | 24,536.35 | 2.0% | $ 490.73 |
| Dec-18 | 0.25 | 10.50 | -10.25 | $ 34.79 | $ (356.60) | $ | 24,179.75 | 2.0% | $ 483.59 |
| Jan-19 | 4.50 | 8.25 | -3.75 | $ 35.49 | $ (133.09) | $ | 24,046.66 | 2.0% | $ 480.93 |
| Feb-19 | 1.75 | 8.25 | -6.50 | $ 35.49 | $ (230.69) | $ | 23,815.98 | 2.0% | $ 476.32 |
| Mar-19 | 96.50 | 0.00 | 96.50 | $ 35.49 | $ 3,970.44 | $ | 27,786.42 | 2.0% | $ 555.73 |
| Apr-19 | 22.75 | 0.00 | 22.75 | $ 35.49 | $ 807.40 | $ | 28,593.82 | 2.0% | $ 571.88 |
| May-19 | 5.00 | 3.25 | 1.75 | $ 35.49 | $ 62.11 | $ | 28,655.92 | 2.0% | $ 573.12 |
| Jun-19 | 5.00 | 20.00 | -15.00 | $ 35.49 | $ (532.35) | $ | 28,123.57 | 2.0% | $ 562.47 |
| Jul-19 | 9.50 | 4.00 | 5.50 | $ 35.49 | $ 195.20 | $ | 28,318.77 | 2.0% | $ 566.38 |
| Aug-19 | 24.00 | 0.00 | 24.00 | $ 35.49 | $ 851.76 | $ | 29,170.53 | 2.0% | $ 583.41 |
| Sep-19 | 5.75 | 0.00 | 5.75 | $ 35.49 | $ 204.07 | $ | 29,374.60 | 2.0% | $ 587.49 |
| Oct-19 | 11.75 | 3.50 | 8.25 | $ 35.49 | $ 292.79 | $ | 29,667.39 | 2.0% | $ 593.35 |
| Nov-19 | 8.00 | 4.50 | 3.50 | $ 35.49 | $ 124.22 | $ | 29,791.60 | 2.0% | $ 595.83 |
| Dec-19 | 5.00 | 10.00 | -5.00 | $ 35.49 | $ (177.45) | $ | 29,614.15 | 2.0% | $ 592.28 |
| Jan-20 | 12.75 | 9.25 | 3.50 | $ 36.20 | $ 126.70 | $ | 29,740.85 | 2.0% | $ 594.82 |
| Feb-20 | 9.25 | 0.00 | 9.25 | $ 36.20 | $ 334.85 | $ | 30,075.70 | 2.0% | $ 601.51 |
| Mar-20 | 120.75 | 0.00 | 120.75 | $ 36.20 | $ 5,081.58 | $ | 35,157.28 | 2.0% | $ 703.15 |
| Apr-20 | 94.25 | 0.00 | 94.25 | $ 36.20 | $ 3,751.23 | $ | 38,908.50 | 2.0% | $ 778.17 |
| May-20 | 46.00 | 0.00 | 46.00 | $ 36.20 | $ 1,665.20 | $ | 40,573.70 | 2.0% | $ 811.47 |
| Jun-20 | 14.75 | 0.00 | 14.75 | $ 36.20 | $ 533.95 | $ | 41,107.65 | 2.0% | $ 822.15 |
| Grand Total | 1,722.25 | 553.25 | 1,169.00 | | $ 41,107.65 | | | | $ 25,844.22 |

| Grand Total Owed | $ 66,951.88 |
|---|---|

# Stephenson County Government

## Fiscal Year 2015-2016 Supplemental Request

**DEPARTMENT:** _____ **Emergency Management Agency** _____

*(Please give a brief description and justification for the supplemental request)*

**Requested Item:** Full-Time Director
**Projected Cost:** 60,100.00 or increase of 25,758.00
**Account Number:** ████████████
**Justification:** (Please start justification on next line)
The time required of the Emergency Management Agency exceeds the current part-time / 20 hours per week. Considerable amount of compensation time has accrued for Director and Assitant Director, justifing increase. *Director is 100% uninsured due to unaffordable healthcare costs.*

**Requested Item:** Director - Compensation Hours
**Projected Cost:** 15,000.00
**Account Number:** ██████████
**Justification:** (Please start justification on next line)
Required: Accounting for compensation hours not paid to employee.
As of 07/03/2015 unpaid hours owed $9,452.04

**Requested Item:** Full-Time Assistant Director
**Projected Cost:** 39,460.00 or increase of 16,912.00
**Account Number:** ██████████
**Justification:** (Please start justification on next line)
Time required of the Emergency Management Agency exceeds the current part-time / 20 hours per week. Considerable amont of compensation time has accrued for Director and Assistant Director, justifing increase. *Assistant Director qualifies for State Medical Aid & SNAP (food stamps) due to low income level.*

**TOTAL DEPARTMENT SUPPLEMENT REQUESTS:**

*Use as many sheets as necessary*

*If the supplemental request is approved it will be moved into the departmental budget*



## Stephenson County Government

## Fiscal Year 2016-2017 Supplemental Request

**DEPARTMENT:**           **Emergency Management Agency**

---

*(Please give a brief description and justification for the supplemental request)*

**Requested Item:** Full-Time Director - 35 hrs.wk.
**Projected Cost:** 60,860.80 or increase of 26,083.20
**Account Number:** ████████
**Justification:** (Please start justification on next line)
The time required of the Emergency Management Agency exceeds the current part-time / 20 hours per week
Considerable amount of compensation time has accrued for Director and Assitant Director, justifing increase.
*Director is 100% uninsured due to unaffordable healthcare costs.*

**Requested Item:** Director - Compensation Hours
**Projected Cost:** 15,000.00
**Account Number:** ████████
**Justification:** (Please start justification on next line)
Required: Accounting for compensation hours not paid to employee.
As of 08/11/2016 unpaid hours owed $13,058.22

**Requested Item:** Full-Time Assistant Director
**Projected Cost:** 38,675.00 or increase of 16,575.00 - 35 hrs.wk.
**Account Number:** ████████
**Justification:** (Please start justification on next line)
Time required of the Emergency Management Agency exceeds the current part-time / 20 hours per week
Considerable amount of compensation time has accrued for Director and Assistant Director, justifing increase.
*Assistant Director qualifies for State Medical Aid & SNAP (food stamps) due to low income level.*

**TOTAL DEPARTMENT SUPPLEMENT REQUESTS:**

---

*Use as many sheets as necessary*

*If the supplemental request is approved it will be moved into the departmental budget*

**Stephenson County Government**

**Fiscal Year 2018 Supplemental Request**

**DEPARTMENT:**      **Emergency Management Agency**

---

*(Please give a brief description and justification for the supplemental request)*

**Requested Item:** Full-Time Director - 35 hours per week
**Projected Cost:** 63,317.80 increase of 27,136.20
**Account Number:** ▮▮▮▮▮▮▮▮
**Justification:** *(Please start justification on next line)*
The time required of the Emergency Management Agency exceeds the current part-time / 20 hours per week.

**Requested Item:** Full-Time Assistant Director
**Projected Cost:** 39,457.60 increase of 17,357.60
**Account Number:** ▮▮▮▮▮▮▮▮
**Justification:** *(Please start justification on next line)*
The time required of the Emergency Management Agency exceeds the current part-time / 20 hours per week.

**Requested Item:** Vehicle(s), Specialized Emergency Management
**Projected Cost:** 64,000.00
**Account Number:** ▮▮▮▮▮▮▮▮
**Justification:** *(Please start justification on next line)*
Personal vehicles currently being used for emergency response and disaster recovery. Specialized vehicles for emergency management operations. This category includes special-purpose vehicles for the transport of response equipment and personnel to incident sites which may have limited or restricted access as a result of an emergency or disaster. Emergency Management Preparedness Grant eligible Authorized Equipment List item of 50 percent grant match.

**TOTAL DEPARTMENT SUPPLEMENT REQUESTS:**

---

*Use as many sheets as necessary*
Page 1 of 2
*If the supplemental request is approved it will be moved into the departmental budget*

**Stephenson County Government**

**Fiscal Year 2018 Supplemental Request**

DEPARTMENT: _____**Emergency Management Agency**_____

| (Please give a brief description and justification for the supplemental request) |
|---|
| **Requested Item:** Esri ArcGIS Emergency Management<br>**Projected Cost:** 15,000.00<br>**Account Number** ▉▉▉▉▉▉<br>**Justification:** (Please start justification on next line)<br>ArcGIS license to improve mission critical activities and provide a common operational picture during events. To bring the EMA office into the 21st century and utilize technology for prevention, protection, mitigation, respond and recovery. Enable a current, evolving operational picture to first responders. Multiple departments and agencies could collaborate and input data, and view information, to provide a true view of a disaster response. |
| **Requested Item:** Auditor: Director - Compensation Hours<br>**Projected Cost:** 25,000.00<br>**Account Number** ▉▉▉▉▉▉<br>**Justification:** (Please start justification on next line)<br>Required by Auditor: Accounting for compensation hours not paid to employee. As of 8/11/2017 unpaid hours worked 21,011.76 |
| **Requested Item:** Auditor: Assistant Director - Compensation Hours<br>**Projected Cost:** 8,000.00<br>**Account Number** ▉▉▉▉▉▉<br>**Justification:** (Please start justification on next line)<br>Required by Auditor: Accounting for compensation hours not paid to employee. As of 8/11/2017 upaid hours worked 6,794.69 |
| **TOTAL DEPARTMENT SUPPLEMENT REQUESTS:** |

*Use as many sheets as necessary*
Page 2 of 2
*If the supplemental request is approved it will be moved into the departmental budget*

# Stephenson County Government

## Fiscal Year 2019 Supplemental Request

**DEPARTMENT:**            **Emergency Management Agency**

| *(Please give a brief description and justification for the supplemental request)* |
|---|
| **Requested Item:** Esri AcrGIS Software License |
| **Projected Cost:** 2,000.00 |
| **Account Number:** ▮▮▮▮▮▮▮▮ |
| **Justification:** *(Please start justification on next line)* |
| ArcGIS license to provide and use mission critical data and information during disasters and events. To bring the EMA office into the 21st century and utilitize available technology to protect life and safety. Collaborate with Highway and Zoning departments in sharing of real-time information of road closures, property addresses, flood maps, road signage status, damage assessment, cost impacts, evacuation routes and provide web page of information to the public. Would provide cost savings by reducing duplication of actions by departments. License is 6,000 shared between three departments of 2,000 each. |
| **Requested Item:** River Gauges |
| **Projected Cost:** 5,600.00 |
| **Account Number:** ▮▮▮▮▮▮▮▮ |
| **Justification:** *(Please start justification on next line)* |
| Solar powered River gauges are needed along Yellow Creek as there are currenlty none and additional gauge needed on Pecatonica River. This is a life safety issue, as Yellow Creek has risen quickly without awareness and has caused the Pecatonica River to also rise unexpectedly. Provide real time information without exposing individuals to dangers attempting to get approximate water level readings. Cost of gauge is 1,495.00 with annual data feed and maintenance cost of 350.00, requesting three gauges be placed along Yellow Creek and Pecatonica River. Cost savings by reducing travel, time spent checking river levels and life safety issue. Comparison to USGS gauges cost $20,000 - $35,000 installed each, plus $16,000 per year operating fee each gauge. |
| **Requested Item:** Vehicle, Specialized Emergency Management |
| **Projected Cost:** 40,000.00 |
| **Account Number:** ▮▮▮▮▮▮▮▮ |
| **Justification:** *(Please start justification on next line)* |
| The county Emergency Management Agency does NOT have any department emergency response vehicles. Only county in region that does not have EMA vehicles for response, community outreach, parades, equipment porting, mutual aid, etc. Cost savings could be realized by paying for discounted fuel in an EMA vehcile compared to paying mileage for personal vehicles being used. County liability is not removed when employees are using personal vehicles for job related duties. |
| |
| **TOTAL DEPARTMENT SUPPLEMENT REQUESTS:** |

*Use as many sheets as necessary*

*If the supplemental request is approved it will be moved into the departmental budget*

## Stephenson County Government

### Fiscal Year 2019 Supplemental Request

**DEPARTMENT:** _____ Emergency Management Agency _____

| *(Please give a brief description and justification for the supplemental request)* |
| --- |

**Requested Item:** Mass Emergency Notification Software
**Projected Cost:** 15,000.00
**Account Number:** ███████████
**Justification:** (Please start justification on next line)
Mass Emergency Notification Software, compatible with IPAWS, to provide the public with life saving information quickly during disasters, emergencies and incidents through the notification platform, WEA and EAS systems. Examples of use: evacuation routes, road closures, incident information, flood water status, etc.

**Requested Item:** Full-Time Director
**Projected Cost:** 27,682.20
**Account Number:** ███████████
**Justification:** (Please start justification on next line)
Time required to complete job duties is not sufficient with part-time hours and is impeding efforts in critical preparedness, response, and recovery capabilities. Continuously increasing mandates and responsiblities on EMA office each year by State, Federal and local bodies. Office accreditation, training, exercises, disasters, weather events, floods, oversights, and emergency response is increasing backlog of unpaid work hours.

**Requested Item:** Full-Time Assistant Director
**Projected Cost:** 17,357.60
**Account Number:** ███████████
**Justification:** (Please start justification on next line)
Time required to complete job duties is not sufficient with part-time hours and is impeding efforts in critical preparedness, response, and recovery capabilities. Continuously increasing mandates and responsibilities on EMA office each year by State, Federal and local bodies. Office accreditation, training, exercises, disasters, weather events, floods, oversights, and emergency response is increasing backlog of unpaid work hours.

**TOTAL DEPARTMENT SUPPLEMENT REQUESTS:**

*Use as many sheets as necessary*

*If the supplemental request is approved it will be moved into the departmental budget*

**Stephenson County Government**

**Fiscal Year 2019 Supplemental Request**

DEPARTMENT: _____ **Emergency Management Agency** _____

| *(Please give a brief description and justification for the supplemental request)* |
|---|
| **Requested Item:** Unpaid hours worked - Director |
| **Projected Cost:** 29,000.00 |
| **Account Number:** ▓▓▓▓▓▓▓▓ |
| **Justification:** (Please start justification on next line) |
| Accounting for unpaid work hours. |
| As of 9/20/2018 is 729.5 unpaid work hours |
| |
| **Requested Item:** Unpaid hours worked - Assistant Director |
| **Projected Cost:** 13,000.00 |
| **Account Number:** ▓▓▓▓▓▓▓▓ |
| **Justification:** (Please start justification on next line) |
| Accounting for unpaid work hours. |
| As of 09/20/2018 is 435 unpaid work hours |
| |
| **Requested Item:** Reinstate Line Item Funding |
| **Projected Cost:** 500.00 |
| **Account Number:** ▓▓▓▓▓▓▓▓ |
| **Justification:** (Please start justification on next line) |
| Line item has been part of EMA budget for past 10+ years up until last year, when previous Administrator zeroed out the line item. Funding needed to purchase office stationary and supplies. |
| |
| **TOTAL DEPARTMENT SUPPLEMENT REQUESTS:** |

Page 3 of 3

*Use as many sheets as necessary*

*If the supplemental request is approved it will be moved into the departmental budget*

# Stephenson County Government

## Fiscal Year 2020 Supplemental Request

**DEPARTMENT:**          **Emergency Management Agency**

---

*(Please give a brief description and justification for the supplemental request)*

**Requested Item:**  Full-Time Director
**Projected Cost:**  37,648
**Account Number** ▮▮▮▮▮▮▮▮
**Justification:**        (Please start justification on next line)
Time required to complete job duties is not sufficient with part-time hours and is impeding efforts in critical preparedness, response, and recovery capabilities. Continuously increasing mandates and responsibilities on EMA office each year by State, Federal and local bodies. Office accreditation, training, exercises, disasters, weather events, floods, oversights, and emergency response is increasing backlog of unpaid work hours.

**Requested Item:**  Full-Time Assistant Director
**Projected Cost:**  22,994.00
**Account Number** ▮▮▮▮▮▮▮▮
**Justification:**        (Please start justification on next line)
Time required to complete job duties is not sufficient with part-time hours and is impeding efforts in critical preparedness, response, and recovery capabilites. Continuously increasing mandates and responsibilites on EMA office each year by State, Federal and local bodies. Office accreditation, training, exercises, disasters, weather events, floods, oversights, and emergency response is increasing backlog of unpaid work hours.

**Requested Item:**  Unpaid hours worked - Director
**Projected Cost:**  29,759.00
**Account Number** ▮▮▮▮▮▮▮▮
**Justification:**        (Please start justification on next line)
Accounting for unpaid work hours.
As of 6/30/2019 is 838.50 unpaid work hours.

---

**TOTAL DEPARTMENT SUPPLEMENT REQUESTS:**

Page 1 of 2

*Use as many sheets as necessary*

*If the supplemental request is approved it will be moved into the departmental budget*

**Stephenson County Government**

**Fiscal Year 2020 Supplemental Request**

DEPARTMENT:     **Emergency Management Agency**

| (Please give a brief description and justification for the supplemental request) |
|---|
| **Requested Item:** Unpaid hours worked - Assistant Director<br>**Projected Cost:** 11,513.00<br>**Account Number** ▓▓▓▓▓▓▓▓▓<br>**Justification:**     (Please start justification on next line)<br>Accounting for unpaid work hours<br>As of 6/30/2019 is 531 unpaid work hours |
| **Requested Item:** Vehicle, Specialized Emergency Management<br>**Projected Cost:** 45,000.00<br>**Account Number** ▓▓▓▓▓▓▓▓▓<br>**Justification:**     (Please start justification on next line)<br>The county Emergency Management Agency does not have department emergency response vehicles.  Only county in area that does not have EMA vehicles for response, community outreach, equipment porting, mutual aid, etc. Cost savings through discounted fuel in a EMA vehicle compared to paying mileage for personal vehicles being used. County liability is high when employees are using personal vehicles for job related duties. |
| **Requested Item:** Emergency Mass Notification Software<br>**Projected Cost:** 15,000.00<br>**Account Number** ▓▓▓▓▓▓▓▓▓<br>**Justification:**     (Please start justification on next line)<br>Emergency Mass Notification Software , compatible with IPAWS, to provide the public with life saving information quickly during disasters, emergencies and incidents through the notification platform, WEA and EAS systems. Examples of use: evacuation routes, road closures, incident information, flood water status, etc. Neighboring counties utilize Code Red notification software.  Price is based on county population. |

**TOTAL DEPARTMENT SUPPLEMENT REQUESTS:**

Page 2 of 2

*Use as many sheets as necessary*

*If the supplemental request is approved it will be moved into the departmental budget*

Stephenson County Emergency Management Agency
Public Property & Safety Committee Report – 10 September 2019

EMA Office Activities

*September is National Preparedness month.

* The EMA office produced 3 IDs for county departments and first responders.
    *States Attorney Office, Health Department*

* The Illinois Emergency Management Agency (IEMA) has submitted a grant agreement increase for the Emergency Management Performance Grant (EMPG) for the Stephenson County Emergency Management Agency in the amount of $6,087.55. With County Board Chairman Hadley's signature, this will bring the EMPG grant amount to $29,207.66.

* IEMA, FEMA, US SBA and County EMA personnel conducted IA (Individual Assistance) damage assessments on Monday, 19 Aug and Tuesday, 20 Aug, in Winslow, McConnell, in the city of Freeport and rural locations. Maximum IA grant amount is $31,500.00 per location. Over 150 initial IA damage assessments were conducted throughout Stephenson County.
A second team of FEMA personnel arrived on Thursday, 22 Aug, and conducted PA (Public Assistance) with numerous departments, organizations and village officials.
Initial numbers for damage impact exceed the county's PA threshold of $180,347.58, with over $712,000.00 submitted to IEMA and FEMA.

* On August 29th Governor JB Pritzker requested a federal disaster declaration for Illinois due to the devastating flooding that plagued the state since February 2019. The federal request includes Stephenson County for Individual Assistance (IA) and Public Assistance (PA) for impacts from February 23 to July 3, 2019.

* The Stephenson County Multi-Hazard Mitigation Plan is due for renewal in 2021 and I have begun the year and a half process by reaching out to Blackhawk Hills Regional Council, who previously was part of the grant allocation and plan writing process.

* The EMA Office staff attended the annual IEMA Training Summit last week in Springfield, IL.

* The EMA Office provides an average of $19,585.56 of budgeted funding to other departments, volunteers and partners annually.

EMA Office Hours - Unpaid
    20 hours per week / part-time / hourly

| Position | Unpaid Hours Month | Unpaid Hours YTD | Unpaid Hours to date |
|---|---|---|---|
| Director | 24.0 | 125.25 | 868.0 |
| Assistant Director | 25.75 | 122.0 | 556.75 |

**     ** As of end of August 2019**

Stephenson County Emergency Management Agency
Public Property & Safety Committee Report – 05 November 2019

EMA Office Activities

* November is Winter Weather Preparedness month.

* ~~The EMA office produced ___ IDs for county departments and first responders.~~

* Stephenson County EMA is hosting a FEMA PA Field Operations Office at the county Highway building in the conference room.  FEMA personnel began setting up 28 October, with team members beginning to show up on 01 November and will be present until their PA job objectives are completed, which could be weeks to several months.

* The EMA is assisting villages, townships, city of Freeport, county offices and non-governmental organizations that are eligible for reimbursement of related expenses with the FEMA PA team.

* The EMA Office staff has worked four (4) flood events in Stephenson County so far in 2019, with 60 days being over flood stage.
        *Feb 25 - Mar 1 /    Mar 13 – Mar 25    / May 29 – June 1   / Sept 13 – Oct 20*


EMA Office Hours - Unpaid
     20 hours per week / part-time / hourly

| Position | Unpaid Hours Month | Unpaid Hours YTD | Unpaid Hours to date |
|---|---|---|---|
| Director | 8.25 | 139.25 | 882.0 |
| Assistant Director | 4.25 | 130.75 | 565.25 |


**   ** As of end of October 2019*

Stephenson County Emergency Management Agency
Public Property & Safety Committee Report – 10 December 2019

Emergency Management Agency (EMA) Office Activities

* December is Holiday Safety Preparedness month.

* The EMA office produced 2 IDs for first responders.
    *Dakota Fire*

* Stephenson County EMA continues to host a Federal Emergency Management Agency (FEMA) Public Assistance (PA) Field Operations Office and has had mostly positive feedback from the applicants.  FEMA denied the State of Illinois October 18th appeal for Individual Assistance (IA) on November 8, 2020.  The county EMA office is working with FEMA to identify other possible agencies or programs to assist with remaining unmet needs.

* The EMA staff attended the National Weather Service annual Emergency Management (EM) workshop on November 13.  A new weather warning; Snow Squall Warning – defined as an intense short-lived burst of heavy snowfall that leads to a quick reduction in visibilities and is often accompanied by gusty winds.  Sudden whiteout conditions and slick roadways can lead to high speed accidents with large pileups that result in injuries and fatalities.  This new warning aims to bring better situational awareness to drivers and mitigate impacts related to these squalls.

* The EMA office continues to work on flood event issues; resident needs through VOAD (Voluntary Organizations Active in Disasters), flood warning and notification gaps,  waterway level situational awareness status gaps, restocking of used resources, enhanced threat of flooding in 2020 forecasted by NWS, and disaster event response capability gaps.

EMA Office Hours - Unpaid
    20 hours per week / part-time / hourly

| Position | Unpaid Hours Month | Unpaid Hours YTD | Unpaid Hours to date |
|---|---|---|---|
| Director | 3.5 | 142.75 | 885.5 |
| Assistant Director | 0 | 129.25 | 564.0 |

**\*\* As of end of November 2019**

Stephenson County Emergency Management Agency
Public Property & Safety Committee Report – 07 January 2020

Emergency Management Agency (EMA) Office Activities

\* January is Radon Action month.
> Statistics show radon is the second-leading cause of lung cancer in the United States. An estimated 1,200 people in Illinois develop radon-related lung cancer each year. *Radon is a colorless, odorless, tasteless gas that is naturally produced from the soil. It can enter homes and buildings through small cracks in the foundation, sump pumps or soil in crawlspaces.*

\* The EMA office produced 3 IDs for county departments and first responders.
> *Circuit Clerks office, Liquor Commission*

\* The EMA office has been assisting the county nursing facility, Walnut Acres, with their planned power outage to interconnect the solar panel field and required IDPH/CMS (Centers for Medicare and Medicaid Services) exercises. The planned power outage is being used to complete their full-scale exercise requirement and will also assist them with a required tabletop exercise scheduled for January 15th.

\* I have been elected as First Vice Chair of the Stephenson County COAD (Community Organizations Active in Disasters). The COAD consists of faith and community based relief agencies, local, state, and federal government agencies, local community organizations, educational institutes, local elected officials, and local businesses.
*The purpose of the Stephenson County COAD is to bring together voluntary agencies, businesses, and governmental agencies to foster a more effective preparedness, response and recovery to the people of Stephenson County, including municipalities, as needed, in time of disaster.*

\* Stephenson County EMA continues to host a Federal Emergency Management Agency (FEMA) Public Assistance (PA) Field Operations Office and has been informed they will be present at least through the end of March, 2020.

\* The EMA office will be hosting the National Weather Service (NWS) Weather Spotter Training 2020 on Thursday, March 5 at Highland Community College from 6:30 – 8:30 PM as part of community outreach and preparedness.

EMA Office Hours - Unpaid
> 20 hours per week / part-time / hourly

| Position | Unpaid Hours Month | Unpaid Hours YTD | Unpaid Hours to date |
|---|---|---|---|
| Director | 0 | 137.75 | 880.5 |
| Assistant Director | 0 | 106.0 | 540.75 |

**\*\* As of end of December 2019**

STEPHENSON COUNTY, ILLINOIS

EMPLOYEE STATUS REPORT

DATE ___06/18/20___                                                          DEPARTMEN EMA Director

| | | | | | |
|---|---|---|---|---|---|
| | New Hire | | Job Classification Change | | Part Time to Full-Time |
| | Rehire | | Grade Level Change | | Full Time to Part Time |
| X | Termination | | Address Change | | Extended Absence-illness/injury |
| | Transfer | | Name Change | | Return from Extended Absence |
| | Wage Rate Change | | Leave of Absence | | Other |

### DESIGNATE BELOW ONLY INFORMATION WHICH IS APPLICABLE TO CATEGORY CHECKED

Name: Baker, Robert T. _____     No. 91421   SSN: ▉▉▉▉     Sex: [X] Male     [ ] Female

Street: 548 N Walnut Ave _____     Town: Freeport     Zip: 61032   Phone: _____

Starting or Effective Date of Change: ____06/18/20____     Date of Birth: 12/18/68 _____

New Job Title: _____ New Grade Level: _____     Fund/Acct Nos. _____

                                                                            _____

Present Wage Rate: _____ Per Hour                                         _____

New Wage Rate: _____ Per Hour                                            _____

| Work Schedule: | | More than 30 Hours Per Week | | More than 600 (1,000) Hours Per Year |
|---|---|---|---|---|
| | | Less than 30 Hours Per Week | | Less than 600 (1,000) Hours Per Year |

| | | | | | |
|---|---|---|---|---|---|
| | Full Time - Permanent | | I.M.R.F. - Participating Regular (1) | Workers' Comp. Code# | _____ |
| | Full Time - Temporary | | I.M.R.F. - Participating Law Enforcement (1) | EEOC Codes: | |
| | Part Time - Permanent | | F.I.C.A. only | Category | _____ |
| | Part Time - Temporary | | Employees' Group Life & Health Ins. Plan (2) | Function | _____ |
| | | | | Class | _____ |
| | (1) Requires 600 hours per year *(changed to 1,000 hrs by County Board on 4/14/14)* | | | Exempt | _____ |
| | (2) Requires 30 hours per week annually | | | | |

Effective Date of Leaves of Absence:
        Last Day Worked: _____
        Last Date Paid Through _____
        Date Returned: _____

Effective Dates of Termination:
        Last Day Worked: _6/18/2020_     _____
        Last Day Paid Through: _6/18/2020_

| RACIAL/ETHNIC IDENTIFICATION (New Hires Only) | |
|---|---|
| x | White, Non-Hispanic |
| | Black, Non-Hispanic |
| | Hispanic |
| | Asian or Pacific Islander |
| | American Indian or Alaskan |

General Comments:
Mr. Baker's employment was terminated due to lack of contract
_____
_____
_____
_____

Approved: _W. N. Hadley_____     Employee: _____
                Department Head

White-County Clerk
Yellow-Administration
Pink-Department Files
Gold-Employee


EXHIBIT
D